**Safeco** Insurance

INSURANCE NOODLE INC
222 S RIVERSIDE PLZ STE 1700
CHICAGO      IL  60606-6015

NOVEMBER 20, 2006

Policy Number: X5140979
24-Hour Claims: 1-800-578-6701
Policy Service: 1-800-578-6701
Online Account Services: www.safeco.com

ADRIAN FRIDMAN
3018 RED RUBY CT
ORLANDO FL  32837-5076

BILL NEXT PAGE
IDENTIFICATION CARDS ENCLOSED

Thank you for allowing Safeco to continue serving your auto insurance needs.  We appreciate your business and the trust that you have placed in us.  We would like to remind you that it is now time to renew your Automobile policy.

We have made some changes to your auto insurance contract that you need to know about.  We have enclosed a summary document outlining the changes we have made to the policy.  You can visit www.safeco.com/auto for more information.

With this renewal, we changed your policy as follows:

2004 FORD F150 HERITAGE
   - FHCF Assessment coverage is added.
   - The rating territory is corrected.

1999 FORD EXPLORER
   - FHCF Assessment coverage is added.
   - The rating territory is corrected.

We are currently updating the limits and deductibles available from Safeco.  Any changes to your selections are listed above.  By paying your renewal bill by the due date, you are accepting the limits and deductibles listed on your declarations page.

We would also like to draw your attention to the following:

   ▪ The premium for this policy is $942.63 for the January 2, 2007 to July 2, 2007 policy term.

   ▪ The enclosed Insurance Identification Cards are proof of insurance to be kept in your vehicle. Because these cards are specific to a vehicle, use caution to ensure that you have placed the correct card in the correct vehicle.

If you have any questions or wish to make any changes to your policy, you can do so by calling us at 1-800-578-6701.

PLEASE SEE REVERSE
**SAFECO INSURANCE COMPANY OF ILLINOIS**
P O BOX 34920, SEATTLE, WA 98124

OC-429/EP 5/06

Exhibit A

We appreciate the opportunity to serve you.   Thank you.

John Ammendola
Senior Vice President
Safeco Personal Insurance

CC-430/EP 5/98
G1

Exhibit A

**** REPRINTED FROM THE ARCHIVE. THE ORIGINAL TRANSACTION MAY INCLUDE ADDITIONAL FORMS ****

 Insurance

**POLICY NUMBER:** X5140979

## SAFECO INSURANCE COMPANY OF ILLINOIS
## AUTOMOBILE POLICY DECLARATIONS

**NAMED INSURED:**
ADRIAN FRIDMAN
3018 RED RUBY CT
ORLANDO FL 32837-5076

**RENEWAL**

**POLICY PERIOD FROM:** JAN. 2 2007
**TO:** JULY 2 2007
at 12:01 A.M. standard time at
the address of the insured as
stated herein.

**AGENT:**
INSURANCE NOODLE INC
222 S RIVERSIDE PLZ STE 1700
CHICAGO       IL   60606-6015

**AGENT TELEPHONE:**
1-800-578-6701

| ALL DRIVERS IN HOUSEHOLD | ADRIAN FRIDMAN, NOGA AHARONI | | |
|---|---|---|---|
| RATED DRIVERS | ADRIAN FRIDMAN, NOGA AHARONI | | |
| 2004 FORD | F150 HERITAGE | 4 DOOR PICK-UP | ID# 2FTRX17204CA41548 |
| 1999 FORD | EXPLORER | 4 DOOR | ID# 1FMZU32X1XUA48869 |

Insurance is afforded only for the coverages for which limits of liability or premium charges are indicated.

| COVERAGES | 2004 FORD LIMITS | PREMIUMS | 1999 FORD LIMITS | PREMIUMS |
|---|---|---|---|---|
| LIABILITY:<br>BODILY INJURY | $100,000<br>Each Person<br>$300,000<br>Each Occurrence | $ 115.42 | $100,000<br>Each Person<br>$300,000<br>Each Occurrence | $ 114.12 |
| PROPERTY DAMAGE | $50,000<br>Each Occurrence | 83.56 | $50,000<br>Each Occurrence | 69.16 |
| PIP<br>$250<br>DEDUCTIBLE<br>APPLIES TO<br>NAMED INSURED<br>& RELATIVES | | 72.91 | | 69.51 |
| UNINSURED MOTORISTS (NON-STACKED LIMITS):<br>BODILY INJURY | $50,000<br>Each Person<br>$100,000<br>Each Accident | 53.30 | $50,000<br>Each Person<br>$100,000<br>Each Accident | 53.30 |
| COMPREHENSIVE | Actual Cash Value<br>Less $250 Deductible | 26.58 | Actual Cash Value<br>Less $250 Deductible | 21.58 |
| COLLISION | Actual Cash Value<br>Less $250 Deductible | 120.58 | Actual Cash Value<br>Less $250 Deductible | 83.28 |
| ADDITIONAL COVERAGES:<br>LOSS OF USE<br>EMER. ASSIST PKG | $50 Per Day/$1500 Max | 20.00<br>5.00 | $50 Per Day/$1500 Max | 20.00<br>5.00 |
| FHCF ASSESSMENT | | 4.97 | | 4.36 |
| | TOTAL $ | 502.32 | TOTAL $ | 440.31 |

-CONTINUED-
P O BOX 34920, SEATTLE, WA 98124

Exhibit A

**** REPRINTED FROM THE ARCHIVE. THE ORIGINAL TRANSACTION MAY INCLUDE ADDITIONAL FORMS ****

 Insurance

POLICY NUMBER: X5140979

### SAFECO INSURANCE COMPANY OF ILLINOIS
### AUTOMOBILE POLICY DECLARATIONS
(CONTINUED)

|  | | |
|---|---|---|
| TOTAL EACH VEHICLE: | 2004 FORD $ | 502.32 |
|  | 1999 FORD | 440.31 |

TOTAL PREMIUM FOR ALL VEHICLES ........................................ $  942.63

CONGRATULATIONS! YOU SAVED $146.20.  YOU HAVE QUALIFIED FOR THE FOLLOWING
DISCOUNTS:  Anti-Theft, Multi-Car, Both Side Air Bag, Anti-Lock Brakes

POLICY FORMS APPLICABLE TO THIS POLICY:
SA-1697/EP 9/90, SA-1852/FLEP R2 8/06, SA-1701/EP 9/90, SA-2267/EP 5/06,
SA-1807/FLEP 7/06, SA-1911/FLEP 10/03

Safeco and the Safeco logo are registered trademarks of Safeco Corporation

Exhibit A

**** REPRINTED FROM THE ARCHIVE. THE ORIGINAL TRANSACTION MAY INCLUDE ADDITIONAL FORMS ****

**SAFECO INSURANCE COMPANY OF ILLINOIS**
P O BOX 34920, SEATTLE, WA 98124

INSURANCE NOODLE INC
222 S RIVERSIDE PLZ STE 1700
CHICAGO        IL   60606

**AUTOMOBILE**
**EXPIRATION NOTICE**
(for non-payment of premium)

| POLICY NUMBER | AMOUNT PAST DUE |
|---|---|
| X5140979 | $947.63 |
| Payment was due on | JAN 2 07 |

ADRIAN FRIDMAN
3018 RED RUBY CT
ORLANDO        FL   32837-5076

The amount above includes a late fee

|328375076180|

Warning...Payment Not Yet Received

We value your business and hope to serve your insurance needs for many years
to come. Therefore, we are concerned that as of January 7, 2007, we have not
yet received your renewal premium which was due on January 2, 2007. The
amount due now includes the amount of the original bill and a late fee. Your
Automobile policy expired at 12:01 a.m. standard time on January 2, 2007.

Fortunately, we can continue your policy, with no lapse in coverage, if you
send your payment to us postmarked no later than January 22, 2007. For your
convenience, you have the option of choosing any one of the payment plans
described on the back of this notice. If you have already sent us your
payment, please accept our thanks.

You now have the option of paying your premium by credit card with VISA,
MASTERCARD or DISCOVER! Call toll-free 1-800-578-6701 and follow the simple
instructions.

For assistance or additional insurance, please contact your agent at
1-800-578-6701.

| VEHICLES:  04 FORD F150 HERITAGE        99 FORD EXPLORER |
|---|

CN-7012/EP 2/04        **PLEASE READ IMPORTANT INFORMATION ON REVERSE SIDE**

**007**   89-9487   ↑ Please fold, detach at perforation and return this ↑
portion with your payment in the enclosed envelope

| Policy Number | Payment was due on |
|---|---|
| X5140979 | JAN 2 07 |

OC-584/EP 2/04

Please mark one box below and pay the amount shown. A late fee is included.

| | | | |
|---|---|---|---|
| ☐ | FULL | 947.63 | NO SERVICE CHARGE |
| ☐ | BUDGET | 479.32 | down payment (includes a $3.00 per installment service charge) |
| ☐ | CHECKLESS | 162.11 | down payment check and sign the back of this card to have monthly payments deducted from your bank account with NO SERVICE CHARGE |

|20070074|
SAFECO INSURANCE COMPANIES
PO BOX 34685                                      ADRIAN FRIDMAN
SEATTLE WA 98124-1685
|981241685853|

92028751409798994870050070016211003199600479320094763

Exhibit A

 **Safeco** Insurance

INSURANCE NOODLE INC
222 S RIVERSIDE PLZ STE 1700
CHICAGO       IL  60606-6015

JANUARY 9, 2007

Policy Number: X5140979
24-Hour Claims: 1-800-578-6701
Policy Service: 1-800-578-6701
Online Account Services: www.safeco.com

ADRIAN FRIDMAN
7801 GLEN CREST WAY
ORLANDO FL  32836-3767

BILL NEXT PAGE

We changed your automobile policy as follows:

Your name and address information is amended to read:
ADRIAN FRIDMAN
7801 GLEN CREST WAY
ORLANDO FL 32836-3767

This change is effective January 9, 2007.   Please place this letter with your insurance policy.
Information on coverages and limits can be found on the revised Declarations page, enclosed.

No additional premium or credit resulted from this change.

If you have any questions or wish to make any changes to your policy, you can do so by calling us
at 1-800-578-6701.

We appreciate the opportunity to serve you.   Thank you.

Personal Lines Underwriting



**SAFECO INSURANCE COMPANY OF ILLINOIS**
P O BOX 34920, SEATTLE, WA 98124

OC-429/EP 5/06

Exhibit A

---- REPRINTED FROM THE ARCHIVE. THE ORIGINAL TRANSACTION MAY INCLUDE ADDITIONAL FORMS ----



**POLICY NUMBER:** X5140979

## SAFECO INSURANCE COMPANY OF ILLINOIS
## AUTOMOBILE POLICY DECLARATIONS

**NAMED INSURED:**
ADRIAN FRIDMAN
7801 GLEN CREST WAY
ORLANDO FL 32836-3767

**POLICY CHANGE**
  CHANGED EFFECTIVE: JAN. 9 2007
**POLICY PERIOD FROM:** JAN. 2 2007
            **TO:** JULY 2 2007
at 12:01 A.M. standard time at
the address of the insured as
stated herein.

**AGENT:**
INSURANCE NOODLE INC
222 S RIVERSIDE PLZ STE 1700
CHICAGO          IL  60606-6015

**AGENT TELEPHONE:**
1-800-578-6701

| ALL DRIVERS IN HOUSEHOLD | ADRIAN FRIDMAN, NOGA AHARONI | | |
|---|---|---|---|
| RATED DRIVERS | ADRIAN FRIDMAN, NOGA AHARONI | | |
| 2004 FORD | F150 HERITAGE | 4 DOOR PICK-UP | ID# 2FTRX17204CA41548 |
| 1999 FORD | EXPLORER | 4 DOOR | ID# 1FMZU32X1XUA48869 |

Insurance is afforded only for the coverages for which limits of liability or premium charges are indicated.

| COVERAGES | 2004 FORD LIMITS | PREMIUMS | 1999 FORD LIMITS | PREMIUMS |
|---|---|---|---|---|
| **LIABILITY:** BODILY INJURY | $100,000 Each Person $300,000 Each Occurrence | $  115.42 | $100,000 Each Person $300,000 Each Occurrence | $  114.12 |
| PROPERTY DAMAGE | $50,000 Each Occurrence | 83.56 | $50,000 Each Occurrence | 69.16 |
| PIP $250 DEDUCTIBLE APPLIES TO NAMED INSURED & RELATIVES | | 72.91 | | 69.51 |
| **UNINSURED MOTORISTS (NON-STACKED LIMITS):** BODILY INJURY | $50,000 Each Person $100,000 Each Accident | 53.30 | $50,000 Each Person $100,000 Each Accident | 53.30 |
| COMPREHENSIVE | Actual Cash Value Less $250 Deductible | 26.58 | Actual Cash Value Less $250 Deductible | 21.58 |
| COLLISION | Actual Cash Value Less $250 Deductible | 120.58 | Actual Cash Value Less $250 Deductible | 83.28 |
| **ADDITIONAL COVERAGES:** LOSS OF USE EMER. ASSIST PKG | $50 Per Day/$1500 Max | 20.00 5.00 | $50 Per Day/$1500 Max | 20.00 5.00 |
| FHCF ASSESSMENT | | 4.97 | | 4.36 |
| | TOTAL $ | 502.32 | TOTAL $ | 440.31 |

-CONTINUED-
P O BOX 34920, SEATTLE, WA 98124

SA-1697/EP 9/90
G13
           Page 1 of 2
           DATE PREPARED: JAN. 9 2007

Exhibit A

**** REPRINTED FROM THE ARCHIVE. THE ORIGINAL TRANSACTION MAY INCLUDE ADDITIONAL FORMS ****

 Insurance

POLICY NUMBER: X5140979

## SAFECO INSURANCE COMPANY OF ILLINOIS
## AUTOMOBILE POLICY DECLARATIONS
### (CONTINUED)

| TOTAL EACH VEHICLE: | 2004 FORD | $ | 502.32 |
| | 1999 FORD | | 440.31 |

TOTAL PREMIUM FOR ALL VEHICLES ........................................ $  942.63

CONGRATULATIONS!  YOU SAVED $146.20.  YOU HAVE QUALIFIED FOR THE FOLLOWING
DISCOUNTS:  Anti-Theft, Multi-Car, Both Side Air Bag, Anti-Lock Brakes

Safeco and the Safeco logo are registered  trademarks  of Safeco Corporation

Exhibit A

 Insurance

INSURANCE NOODLE INC
222 S RIVERSIDE PLZ STE 1700
CHICAGO        IL   60606-6015

JANUARY 22, 2007

Policy Number: X5140979
24-Hour Claims: 1-800-578-6701
Policy Service: 1-800-578-6701
Online Account Services: www.safeco.com

ADRIAN FRIDMAN
7801 GLEN CREST WAY
ORLANDO FL  32836-3767

BILL NEXT PAGE

We changed your automobile policy as follows:

2004 FORD F150 HERITAGE
   - Vehicle is deleted.

Your discounts have changed.   Please read the enclosed policy declarations page carefully.

This change is effective January 22, 2007.   Please place this letter with your insurance policy. Information on coverages and limits can be found on the revised Declarations page, enclosed.

This results in a credit of $391.83.   We are sending you a refund check separately.

If you have any questions or wish to make any changes to your policy, you can do so by calling us at 1-800-578-6701.

We appreciate the opportunity to serve you.   Thank you.

Personal Lines Underwriting

**SAFECO INSURANCE COMPANY OF ILLINOIS**
P O BOX 34920, SEATTLE, WA 98124

OC-429/EP 5/08

Exhibit A

**Safeco** Insurance

POLICY NUMBER: X5140979

## SAFECO INSURANCE COMPANY OF ILLINOIS
## AUTOMOBILE POLICY DECLARATIONS

NAMED INSURED:
ADRIAN FRIDMAN
7801 GLEN CREST WAY
ORLANDO FL  32836-3767

POLICY CHANGE
CHANGED EFFECTIVE:  JAN. 22 2007
POLICY PERIOD FROM:  JAN.  2 2007
                 TO:  JULY  2 2007
at 12:01 A.M. standard time at
the address of the insured as
stated herein.

AGENT:
INSURANCE NOODLE INC
222 S RIVERSIDE PLZ STE 1700
CHICAGO    IL  60606-6015

AGENT TELEPHONE:
1-800-578-6701

| ALL DRIVERS IN HOUSEHOLD | ADRIAN FRIDMAN, NOGA AHARONI |
|---|---|
| RATED DRIVERS | ADRIAN FRIDMAN, NOGA AHARONI |

1999 FORD    EXPLORER    4 DOOR        ID# 1FMZU32X1XUA48869

Insurance is afforded only for the coverages for which limits of liability or
premium charges are indicated.

| COVERAGES | 1999 FORD LIMITS | PREMIUMS |
|---|---|---|
| LIABILITY:<br>BODILY INJURY | $100,000 Each Person<br>$300,000 Each Occurrence | $ 131.52 |
| PROPERTY DAMAGE | $50,000 Each Occurrence | 84.46 |
| PERSONAL INJURY PROTECTION<br>  $250 DEDUCTIBLE APPLIES TO<br>NAMED INSURED & RELATIVES | | 84.81 |
| UNINSURED MOTORISTS (NON-STACKED LIMITS):<br>BODILY INJURY | $50,000 Each Person<br>$100,000 Each Accident | 53.30 |
| COMPREHENSIVE | Actual Cash Value<br>Less $250 Deductible | 21.58 |
| COLLISION | Actual Cash Value<br>Less $250 Deductible | 91.78 |
| ADDITIONAL COVERAGES:<br>LOSS OF USE<br>EMERGENCY ASSISTANCE PACKAGE | $50 Per Day/$1500 Max | 20.00<br>5.00 |
| FHCF ASSESSMENT | | 4.92 |
| | TOTAL $ | 497.37 |

CONGRATULATIONS!  YOUR PREMIUM INCLUDES DISCOUNTS FOR:
Anti-Lock Brakes, Anti-Theft, Both Side Air Bag

P O BOX 34920, SEATTLE, WA 98124

SA-1697/EP 9/90
G12

Page 1 of 1

DATE PREPARED: JAN. 22 2007

Exhibit A

**Safeco** Insurance

INSURANCE NOODLE INC
222 S RIVERSIDE PLZ STE 1700
CHICAGO       IL  60606-6015

JANUARY 23, 2007

Policy Number: X5140979
24-Hour Claims: 1-800-578-6701
Policy Service: 1-800-578-6701
Online Account Services: www.safeco.com

ADRIAN FRIDMAN
7801 GLEN CREST WAY
ORLANDO FL  32836-3767



BILL NEXT PAGE
IDENTIFICATION CARDS ENCLOSED

We changed your automobile policy as follows:

2001 FORD ESCAPE XLT
  - Vehicle is added.
  - This Loss Payee is added:
    MCCOY FEDERAL CREDIT UNION
    PO BOX 593806
    ORLANDO FL 32859-3806

Your discounts have changed.   Please read the enclosed policy declarations page carefully.

This change is effective January 22, 2007.   Please place this letter with your insurance policy. Information on coverages and limits can be found on the revised Declarations page, enclosed.

This results in an additional premium of $333.97.   Please see the enclosed Billing Statement for more information.

If you have any questions or wish to make any changes to your policy, you can do so by calling us at 1-800-578-6701.

We appreciate the opportunity to serve you.   Thank you.

Personal Lines Underwriting

**SAFECO INSURANCE COMPANY OF ILLINOIS**
P O BOX 34920, SEATTLE, WA 98124

OC-429/EP 5/06

Exhibit A

2007-03-19 15:18          SAFECO          678-417-3318 >> Mark A. Risi, P. A.    P 2/3

FEB-02-2005 07:48 From:                          To:SAFECO Insurance      P.10/18

X5-1409)9

DEC-30-2004(Thu) 16:02    First Market Insurance        (FAX)407 671 3770        P 009/010

Adrian Friedman

Safeco Insurance Company of Illinois                      Policy#

**REJECTION/ELECTION OF UNINSURED MOTORISTS COVERAGE**

YOU ARE ELECTING NOT TO PURCHASE CERTAIN VALUABLE COVERAGE WHICH PROTECTS YOU
AND YOUR FAMILY OR YOU ARE PURCHASING UNINSURED MOTORISTS LIMITS LESS THAN YOUR
BODILY INJURY LIABILITY LIMITS WHEN YOU SIGN THIS FORM. PLEASE READ CAREFULLY.

Florida law requires that your policy includes uninsured motorists coverage, the amount of uninsured motorists coverage
must equal the amount of bodily injury liability limits unless you select lower limits or reject uninsured motorists coverage
entirely.

Uninsured motorists coverage provides protection for bodily injury damages caused by an owner or operator of an
uninsured motor vehicle. It also applies to bodily injury damages caused by the owner or operator of an insured motor
vehicle for which the bodily injury liability limits are not enough to pay the full amount you are legally entitled to recover.

Please indicate by initialling below whether you desire to reject uninsured motorist coverage entirely, or whether you desire
this coverage at limits lower than the bodily injury liability limits of your policy.

(Initials)

☐ _____       I reject uninsured motorists coverage entirely.

☑ AF          I select the following uninsured motorists limits which are lower than my bodily liability limits.

(Choose one)
(Initials)              Each Limit
☐ _____       $10,000/$20,000
☑ AF          $50,000/$100,000
☐ _____       $100,000/$300,000
☐ _____       $250,000/$500,000
☐ _____       $_____ (other)

**ELECTION OF NON-STACKED COVERAGE**
(Do not complete if you have rejected uninsured motorists coverage)

If you are an individual, and not a business, you have the option to purchase, at a reduced rate, nonstacked uninsured
motorists coverage. Under this coverage, if injury occurs in an automobile owned or leased by you or any family member
who resides with you, this policy will apply only to the extent of coverage. If any vehicle applies to that automobile in this
policy. If no injury occurs while occupying an automobile that's automobile, or you are struck as a pedestrian, you are entitled to
select the highest limits of uninsured motorists coverage available on any one automobile for which you are the named
insured, injured family member, or insured resident of the named insured's household. This policy will not apply if you
select the coverage available under any other policy issued to you or the policy of any other family member who resides
with you.

If you do not elect to purchase non-stacked coverage, your policy limit(s) for each automobile are added together (stacked)
for all covered vehicles. Thus, your policy limits would automatically change during the policy term if you increase or
decrease the number of automobiles covered under your policy.

Page 1 of 2

2

Exhibit A

2007-03-19 15:18          SAFECO          678-417-3318 >> Mark A. Risi, P. A.    P 3/3

FEB-02-2005 07:48 From:                         To:SAFECO Insurance      P.11/18

XS740979

OCT-30-2002(THU) 16:02   First Market Insurance      (FAX)6078X716170   P.002/010

Safeco Insurance Company of Illinois

Named Insured: Adrian Fridman

Personal Injury Protection

Page 2 of 9

3

Exhibit A

## BILLING STATEMENT

INSURANCE NOODLE INC
222 S RIVERSIDE PLZ STE 1700
CHICAGO        IL   60606-6015

**AUTOMOBILE**

AGENT TELEPHONE:   1-800-578-6701

POLICY NUMBER
X5140979

DUE DATE
JAN 2 07

DATE PREPARED        AMOUNT DUE
NOV 20 06            SEE BELOW

To avoid a late fee pay by due date above

ADRIAN FRIDMAN
3018 RED RUBY CT
ORLANDO FL  32837-5076

You may pay the premium for your Automobile policy using one of
the payment plans described on the back of this notice. The
Checkless plan is especially convenient. You choose the monthly
deduction date and after making a small downpayment, you write no
more checks and use no stamps.

Please mark a box for the payment plan you prefer, and return
with your payment by January 2, 2007.

For self service options visit www.safeco.com or call
1-800-578-6701. You can pay your bill (online check, credit/
debit cards) or use other account services.
OA-44/EP 2/04

| 007    89-9487    ⬆ Please fold, detach at perforation and return this ⬆ portion with your payment in the enclosed envelope | Policy Number | Due Date |
|---|---|---|
| OC-583/EP 2/04 | X5140979 | JAN 2 07 |

Please mark one box below. Pay by the due date to avoid a late fee.

| | | | |
|---|---|---|---|
| ☐ | FULL | 942.63 | NO SERVICE CHARGE |
| ☐ | BUDGET | 474.32 | down payment (includes a $3.00 per installment service charge) |
| ☐ | CHECKLESS | 157.11 | down payment check and sign the back of this card to have monthly payments deducted from your bank account with NO SERVICE CHARGE |

SAFECO INSURANCE CO OF ILLINOIS
PO BOX 34685                        ADRIAN FRIDMAN
SEATTLE WA 98124-1685

320287514097989948780500700157110031496004743200943263

Exhibit A

# PAYMENT PLAN OPTIONS

## ☑ FULL PAYMENT PLAN:

Pay the entire premium at the beginning of the term. **There is no service/premium installment charge.**

## ☑ BUDGET PAYMENT PLAN:

Pay half of the premium as a down payment. The other half will be due 70 days after the effective date of your policy. We will send you a bill for the budget payment before it is due. **A service/premium installment charge is included in that "budget" amount and the budget bill.** Specific timelines may differ depending on the state; please contact your agent for details.

## ☑ CHECKLESS MONTHLY:

For the ultimate in convenience, choose the Checkless monthly payment plan. You decide the day of the month on which payments are automatically deducted from your checking account. The deductions appear on your bank or credit union statement. You save on the service/ premium installment charges and there is no cost of a stamp and a check each month.

We will send you a statement at least 15 days before your first deduction. You will also receive a statement whenever the deduction amount changes because of changes to your policy.

If you would like to save time and money:

- Complete the authorization form below, filling out both front and back.

- Return the payment stub with a down payment for the "Checkless" amount.

*If you already have an account, we will add this policy to it when we receive your down payment for this policy. If you have other policies you would like to add to your billing account, please contact your agent.*

## LATE PAYMENTS

We charge a $5 late fee for payments received after the due date. The fee will be reflected on the next statement you receive from us. Late payments may not be accepted and may affect your coverage or the continuation of your policy.

The following states have exceptions to the Fee:

Arizona — Late fee applicable except during 7 day final grace period.

California — Does not apply to off-road vehicles

Kentucky — Fee is $1

Maryland and West Virginia — No Fee

## DISHONORED PAYMENTS

We send checks and deductions returned for insufficient funds to your bank a second time. If a payment is not honored by your bank, we may have to send you a cancellation notice as required by state law. We charge a $20 fee for dishonored payments.

The following states have exceptions to the Fee:

Florida — Fee is $15

## CANCELLATION PROCEDURES

If you miss a payment or pay less than the minimum due, we may have to send you a cancellation notice as required by state law. If you need to cancel a policy, please contact your agent. If you stop making payments because you want to cancel the policy, the policy may not cancel on the date you prefer.

OC-585/EP 7/04

## AUTOMATIC DEDUCTION AUTHORIZATION

I authorize Safeco to initiate deductions from my bank account when payments are due for my Safeco account. I authorize the financial institution ("bank") listed on the enclosed check to accept the deductions initiated by Safeco.

I make this authorization subject to the following conditions:

- Safeco may deduct payments from my bank account ON or AFTER the _____ of the month.
- Safeco must notify me in writing about the amount of the first deduction and must notify me again whenever the deduction amount changes.
- I have the right to recover the amount of any erroneous Safeco deduction, either by check or as a credit to my account.
- I have the right to terminate this authorization at any time by notifying Safeco in writing.
- **Deductions should be made from the bank account listed on the enclosed down payment check.**

I attest that I am authorized to sign checks drawn on the bank account listed on the enclosed down payment check.

Signed _____      Date _____

OC-553/EP 7/05

Exhibit A

## Changes to Your Auto Policy

It has been ten years since Safeco made any major updates to our auto policy contract. Below are highlights of the changes that were made to your policy. It is important to note that this document does not provide you coverage, or act as a promise of coverage in any way. The protection you are provided is explained in detail in your enclosed Personal Auto Policy.

## Summary of Changes

- We clarified that coverage under the policy is conditioned upon payment of premium.
- Under Part D — Coverage for Damage to Your Auto:
  - We added a deductible provision so that if more than one covered auto is involved in the same loss, then only the highest deductible will apply.
  - We limited coverage for non-owned autos to vehicles with a GVW of 12,000 lbs. or less and is not in the insured's possession for 30 or more days.
  - We will not cover diminution of value.
  - We will not cover damage arising out of neglect after a loss.
  - We changed the electronic equipment exclusion so that coverage is provided for all electronic equipment permanently installed by the original manufacturer or manufacturer's dealership. If it is not installed by the original manufacturer or dealer, coverage is provided up to $1,000 or the actual cash value of the vehicle, whichever is less.
  - We limited coverage for customized equipment installed on your covered auto to $1,000. Customized equipment is equipment that is not installed by the manufacturer or dealer which mechanically or structurally changes the vehicle.
  - We clarified our right to include non-original equipment manufacturer parts in repair estimates.
- In response to changes to the Florida No-Fault law we made the following changes to the Personal Injury Protection and Extended Personal Injury Protection Coverages:
  - Under Personal Injury Protection, Limit of Liability, we revised the deductible provision to reflect the way the deductible is applied.
  - The Payment of Benefits provision was revised to reflect changes created under the Health Care Clinic Act. A list of what we won't pay in response to this act is provided under the provision.
  - The Fraud provision was revised to reflect that we do not provide any personal injury protection coverage arising from a claim where the insured has committed fraud as admitted by the insured in a sworn statement or established in a court of law.
  - Legal Action Against Us was revised to reflect new procedures in filing legal action against us.
- We will not cover losses which occur when your covered auto is leased or rented to others.
- We excluded coverage when using any vehicle in a delivery business (newspapers, pizzas, etc.).
- We excluded coverage for vehicles not licensed for use on public roads.
- We added an exclusion for losses under medical payments and comprehensive and collision coverage caused by "fungi".
- We revised the reporting requirements for newly acquired vehicles.
- We increased the loss of earnings we pay when an insured attends a hearing or trial at our request.
- We revised the exclusion for permissive use of vehicles.
- We revised the exclusion for racing.
- We introduced the requirement that any insurance we provide under this policy shall be excess to any other available insurance.
- We revised the arbitration provision to require mutual agreement.
- We introduced the requirement that a person seeking uninsured/underinsured motorists' coverage must report the accident to the police within (24) hours or as soon as practicable if a hit-and-run driver is involved.
- We revised the Changes provision to require you to notify us of changes that occur during the policy period.

SA-2645/FLEP R1 8/06                                                Exhibit A

- We revised the fraud provision to state that we may void or deny coverage for fraud or material misrepresentation.
- We revised the loss payable clause to state if an insured commits fraud, misrepresentation, material omission or intentional damage, then we won't be liable to the loss payee.
- We added a $50 key-lockout benefit under towing coverage (for policies with this coverage).

Please take time to read your new policy thoroughly. If there is any conflict between the policy and this summary, the provisions of the policy shall prevail. If you have any questions, please call your agent, or visit **www.safeco.com/auto_policy** to learn more.

SA-2645/FLEP R1 8/06

Exhibit A

## IMPORTANT NOTICE REGARDING YOUR INSURANCE SCORE

An insurance score is one of the pieces of information insurance companies use to help determine your eligibility for coverage and your premium. Insurance scores are developed using credit information provided by consumer reporting agencies. We will be updating your insurance score once every two years. In the meantime, you may request that we obtain updated credit information. We will then reevaluate your premium based on this updated information and implement the result. This may result in a lower premium or no change in premium at the renewal of your policy.

If you wish to request this reevaluation, please contact your agent. Your agent's telephone number is listed on your Policy Declarations page.

Thank you for entrusting us with your insurance needs. We appreciate having you as a customer.

SA-1468/FLEP 12/04

Exhibit A

Exhibit A

# FLORIDA

## PERSONAL INJURY PROTECTION COVERAGE

### OPTIONS

Personal Injury Protection (PIP) pays 80% of medical expenses and 60% of work loss to persons injured in automobile accidents to which the coverage applies. Other benefits include a death benefit and payments for the cost of replacement services. The maximum limit of all benefits combined, applying to each covered person, is $10,000 (the maximum death benefit is $5,000).

**Personal Injury Protection Options**

Because there are varying individual needs, certain options, described below, are available. Some of the options will reduce your PIP premium, but your decision should be made only after careful analysis of your other insurance and your financial ability to absorb the reduction in benefits.

Also, you should be aware that, if you select an option which reduces your PIP benefits, you may not have the legal right of recovery from the party who caused the injuries for the amount of reduced benefits unless you have a serious permanent injury (as defined by the Florida Motor Vehicle No-Fault Law) or unless death results from the injuries.

**Deductibles**

You may reduce your premium by choosing to have a deductible. The deductible amounts range from $250 to $1,000 per person, per accident. If, for example, you have a $1,000 deductible, your PIP will not pay until you have sustained $1,000 in covered injuries. Then, PIP will pay, under its terms, up to $10,000 in excess of the $1,000.

You may choose to have the deductible apply only to the named insured, or to both the named insured and each dependent relative who resides with the named insured.

The deductible would not apply to guest passengers or to pedestrians who may be entitled to benefits under your PIP.

When considering a deductible, we recommend that you carefully review your hospital, disability and other health insurance policies to see if they would cover the deductible amount you select. If in doubt, please contact your agent, or check with your employer if you are covered under group health insurance.

**Work Loss Exclusions**

You may want to exclude coverage for work loss. The exclusion of work loss coverage can apply to the named insured alone or to dependent relatives residing with the named insured as well.

This option was designed principally for retired and other persons who would have no work loss if injured in an automobile accident. But the option is available to anyone. The same precaution mentioned above with respect to deductibles also applies here: if you might sustain work loss, carefully check the adequacy of other insurance you may have before requesting this exclusion.

**Additional Coverages**

Extended Personal Injury Protection

PIP pays 80% of medical expenses and 60% of work loss. You may purchase Extended PIP which provides for payment of all medical expenses and 80% of work loss. There is a modest additional charge for Extended PIP.

**Questions?**

If you would like any of the options described above, or if you have questions about this or any insurance matter, please contact your agent. Your agent's phone number is listed on the Declarations page.

Exhibit A

Exhibit A

 Insurance

## Consumer Privacy Statement

Safeco appreciates the trust you place in us when you purchase insurance from one of our companies. We are committed to protecting your nonpublic personal information ("personal information") and we value you as a customer.

To learn more about how Safeco collects and uses your personal information, please read the following notice.

### Safeco's sources of information about you

We collect personal information about you from different sources, including:

- The information you provide on applications or other forms (such as your name, address and Social Security number);
- Your transactions with us, our affiliates or others (such as your payment history and claims information);
- The information we receive from a consumer reporting agency or insurance support organization (such as your credit history, driving record or claims history); and
- Your independent insurance producer (such as updated information pertaining to your account).

### Safeco's use of your personal information

We only disclose personal information about our customers and former customers as permitted by law. Generally, this includes disclosures to third parties to effect, administer or enforce your transactions with us, or in connection with servicing your insurance policy. These third parties may include independent insurance producers authorized to sell Safeco insurance products, independent contractors (such as automobile repair facilities and property inspectors), independent claims representatives, insurance support organizations, auditors, attorneys, courts and government agencies. We may also disclose your personal information to other financial institutions with whom we have joint marketing agreements. Before disclosing your personal information, we require these parties to enter into an agreement with us that includes a confidentiality provision.

We may also share information about our transactions (such as payment history and products purchased) and experiences with you (such as claims made) within our Safeco family of companies.

Safeco does not sell your personal information to others and we do not provide your information to third parties for their own marketing purposes.

### Independent Safeco Insurance Agents

The independent insurance agents authorized to sell Safeco products are not Safeco employees and not subject to Safeco's Privacy Policy. Because they have a unique business relationship with you, they may have additional personal information about you that Safeco does not have. They may use this information differently than Safeco. Contact your Safeco distributor to learn more about their privacy practices.

### Information about Safeco's web site

If you have internet access and want more information about our web site specific privacy and security practices, click on the Privacy Policy link on www.safeco.com.

Page 1 of 2

OC-701/EP 1/06    Safeco and the Safeco logo are registered trademarks of Safeco Corporation.    **Exhibit** A



**Protecting your personal information from unauthorized access**

We maintain physical, electronic and procedural safeguards to protect your personal information. Our employees are authorized to access customer information only for legitimate business purposes.

**Your medical information**

If Safeco obtains medical information about you, it is done only in connection with specific claims. We will not use or share personally identifiable medical information for any purpose other than the administration of your claim, or as otherwise disclosed to you when the information is collected.

**State Privacy Laws**

This privacy statement may be supplemented by privacy laws in your state. We will protect your information in accordance with state law.

**This Privacy Statement applies to the following members of the Safeco family of companies:**

**American Economy Insurance Company**
**American States Insurance Company**
**American States Insurance Company of Texas**
**American States Lloyds Insurance Company**
**American States Preferred Insurance Company**
**First National Insurance Company of America**
**General Insurance Company of America**
**Insurance Company of Illinois**
**Safeco Insurance Company of America**
**Safeco Insurance Company of Illinois**
**Safeco Insurance Company of Indiana**
**Safeco Insurance Company of Oregon**
**Safeco Lloyds Insurance Company**
**Safeco National Insurance Company**
**Safeco Surplus Lines Insurance Company**

Copyright ® 2003 Safeco Corporation. All Rights Reserved.

OC-701/EP 1/06

Exhibit A

## POLICYHOLDER NOTICE
### (Florida Hurricane Catastrophe Fund Assessment)

Florida law requires licensed insurers that write certain lines of business in the state to collect the Florida Hurricane Catastrophe Fund (FHCF) assessment from their policyholders and pay it to the FHCF.

The assessment is given in full to the Florida Hurricane Catastrophe Fund and no compensation or benefit is provided to the agent or insurer.

If this assessment applies to your policy, the term "FHCF Assessment", along with the indicated dollar amount, will be displayed on your policy's Declarations Page.

Please contact your Independent Agent if you have any questions regarding this assessment or your policy.

SA-2704/EP 8/06

Exhibit A

## UNINSURED MOTORISTS COVERAGE OPTION

**YOU ARE ELECTING NOT TO PURCHASE CERTAIN VALUABLE COVERAGE WHICH PROTECTS YOU AND YOUR FAMILY OR YOU ARE PURCHASING UNINSURED MOTORIST LIMITS LESS THAN YOUR BODILY INJURY LIABILITY LIMITS WHEN YOU SIGN THIS FORM. PLEASE READ CAREFULLY.**

Florida law requires that you be given the opportunity to purchase Uninsured Motorists Coverage at limits equal to the Bodily Injury Liability limits of your policy (shown on the enclosed Declarations page). You also may elect to buy lower limits or to reject this coverage altogether.

Uninsured Motorists Coverage covers you, a family member (as defined by the policy), or guest in your car if one of you is injured by an at-fault driver who has no insurance or who does not have enough insurance to pay for all your covered injuries.

To determine your needs, please consider the kinds of coverage available, the limits available and the right combination of these. Typical limits chosen by our customers in Florida include:

Per Person/Per Accident
$10,000/$20,000    $100,000/$300,000
$25,000/$50,000    $250,000/$500,000
$50,000/$100,000    $500,000/$500,000

☐ I hereby select Uninsured Motorist limits of _____ , which are lower than my Bodily Injury Liability limits, which I have reviewed.

☐ I hereby reject this coverage altogether. I do not wish to carry Uninsured Motorists Coverage at all.

☐ I hereby select Uninsured Motorist Limits equal to the Bodily Injury Liability Limits of my policy. (If

this statement is selected, the Warning at the top of this form does not apply.)

I understand and agree that selection of any of the above options applies to my liability insurance policy and future renewals or replacements of such policy which are issued at the same Bodily Injury Liability limits. If I decide to select another option at some future time, I must let the Company or my agent know in writing.

_____
(Signature of Named Insured)          (Date)

_____
(Signature of Named Insured)          (Date)

**Policy Number: X5140979**

To determine what you need, please consider: (1) the kinds of coverage available; (2) the limits available; and (3) the right combination of these. Please contact your agent for the professional advice needed to make a fully informed decision.

**IMPORTANT: IF YOU ELECT NOT TO CHANGE THE TYPE OR LIMIT OF COVERAGE, THEY WILL REMAIN AS SHOWN ON YOUR POLICY OR LATEST DECLARATIONS PAGE. YOU NEED NOT COMPLETE THIS FORM.**

### ELECTION OF NON-STACKED COVERAGE
(Complete Only If You Are Making A Change to Your Policy)

There are also two kinds of this coverage available: **STACKED** and **NON-STACKED**. If you buy **STACKED** coverage, the limits for each vehicle insured for this coverage are added together (stacked) to determine the amount available. If you buy **NON-STACKED** coverage, the amount available is the limit for any one insured vehicle. **NON-STACKED** coverage costs less than **STACKED** coverage. Your policy automatically provides Stacked Uninsured Motorists Coverage unless you have chosen Non-Stacked Uninsured Motorists Coverage.

If this policy insures only one car, you now have the option of selecting between stacked and non-stacked Uninsured Motorists Coverage. You may elect to buy either kind. Your Declarations reflects the current type of Uninsured Motorists Coverage you have.

☐ I hereby select the STACKED Uninsured Motorists Coverage.

☐ I hereby select the NON-STACKED Uninsured Motorists Coverage.

Signature of Named Insured: _____    Date _____

Signature of Named Insured: _____    Date _____

SA-1895/FLEP R1 7/05                                    Exhibit A

## WHERE TO TURN FOR HELP

Your Safeco agent is a professional Independent Insurance Agent. If you have specific questions about your policy, YOU MAY DIRECT THEM TO THE AGENT at the address or phone number shown on the Declarations, Statement of Coverage or Extension Certificate. If you are unable to obtain the information about your policy from your agent, you may contact the company for assistance.

Safeco Insurance Company of Illinois
Safeco Insurance Company of America
General Insurance Company of America
First National Insurance Company of America
Regional Office
P.O. Box 100027
Duluth, Georgia 30096-9427
Telephone: (678) 417-3000
Customer Service Number: 1-800-578-6701

P-1037/FLEP 3/03
G1

Exhibit A

# FLORIDA RATING INFORMATION

## HOW YOUR AUTO RATES ARE DETERMINED

Your automobile insurance rates are determined by a number of factors, including your driving record, the kind of car you drive, your age, where the car is located, and how it is used. The following information provides a general description on how these rates are determined and what you can do to keep the cost of your insurance as low as possible.

## DRIVING RECORD

One of the main factors determining the amount you pay for insurance is your driving record. Accidents and violations add to the cost of insurance through a system of "points." The more serious the incident, the higher the number of points and the higher the premium. Points are assigned for tickets and accidents that occurred in the three years preceding the application or renewal date of the policy. They are automatically dropped at the first renewal after the three years.

Driving record points for traffic convictions or bail forfeitures are charged as follows:

Seven points for major traffic violations such as failure to stop and report when involved in an accident, homicide or assault arising from the operation of an automobile, driving while license is suspended or revoked, or reckless driving.

Seven points for the first traffic conviction or bail forfeiture and 8 points for each subsequent traffic conviction or bail forfeiture for driving while intoxicated or under the influence of drugs, failure to stop and report when involved in an accident, homicide or assault arising from the operation of an automobile, driving while license is suspended or revoked, or reckless driving.

Two points for any minor moving traffic violation. Except, no points are assigned for: inadequate muffler or excessive exhaust, light or other equipment except brake lights, or failure to show registration card, license plates or driver's license or if the violation is the one and only violation in the last 18 months.

Driving record points for accidents are charged as follows:

Three points for the first at-fault automobile accident and four points for each subsequent at-fault accident involving you or any operator of the automobile who resides with you and is not the named insured or principal operator on another insurance policy. Accidents must result in bodily injury or death or result in payment in excess of $750 by all insurance companies for property damages. Except, no points are assigned if: you were reimbursed by the other party; you were struck in the rear and did not receive a violation in conjunction with the accident; the other driver was cited and you were not; your auto was lawfully parked; you were struck by a "hit-and-run" driver and you reported it to the proper authorities within 24 hours; you were operating an emergency vehicle as a paid or volunteer member of a police or fire department, aid squad or law enforcement agency during an emergency situation; the accident involved hitting an animal; damage was caused by flying gravel, missiles, or falling objects; or, for the first accident and policy has been loss free for nine years or more.

Also, no points are charged for violations or accidents if they occurred while operating a vehicle during employment for a local transit system or private bus company certified by the PUC or ICC; as a driver of a vehicle certified by the ICC or FPSC and displaying a valid certificate number; or during employment as a fire fighter or law enforcement officer.

## AGE, LOCATION AND USE OF VEHICLE

Statistics show that the younger you are, the more likely you are to be in an accident (up to about age 65). Therefore, younger drivers pay more for insurance. Where your vehicle is located and how you use it also play a role in how much you pay for insurance. If you live in the country and only use your car to run errands, such as going to the store, you'll pay less than someone who lives in the heart of a congested urban center and drives 40 miles to work each day. As theft and vandalism are also more likely to occur in the city, costs for comprehensive coverage increases.

## WHAT YOU CAN DO TO LOWER YOUR INSURANCE RATES

Some factors determining your insurance rates are out of your control, such as your age. However, there are things you can do to lower your insurance rates. One of the best ways to keep the cost of your insurance low is to maintain a clean driving record. Another is to purchase a car with safety features. Following are the discounts available to you as a Safeco policyholder. Any discounts you already receive are listed in the Discounts section of your Policy Declarations page.

Exhibit A

## DISCOUNTS

Discounts that reduce the cost of the major coverages are available for the following:

| | |
|---|---|
| Account | Insuring home, condo, or renters insurance with Safeco. |
| Anti-Lock Brakes | (front and rear wheels) |
| Distant Student | Away at school that is more than 100 miles from home for part of the year without a car. |
| Good Student | 3.0 GPA or better grades or ranked in upper 20% of class. |
| Motor Vehicle Accident Prevention Course (age 55 or older) | |
| Multi-Car | Insuring more than one car with a Safeco Company. |

Credits that reduce the premium of certain coverages are:

| | |
|---|---|
| Anti-Theft Device | (Comprehensive Coverage) Factory installed anti-theft equipment only. |

*****

Other factors that influence the amount you pay for insurance include the amount and type of coverage selected. Following this notice is an explanation of the different coverages available. If you have questions about your premiums or coverages, please contact your Safeco agent, whose number is shown on the billing statement. One choice you have already made will save you money over time — you have chosen Safeco, a company dedicated to insuring responsible people who drive carefully. We are also constantly striving to reduce our own expenses and assisting in the prevention of fraud. This keeps our costs down, so we can pass these savings on to you.

Thank you for entrusting us with your insurance needs. We appreciate having you as a customer.

Exhibit A

**Safeco** Insurance

POLICY NUMBER: X5140979

## SAFECO INSURANCE COMPANY OF ILLINOIS
## AUTOMOBILE POLICY DECLARATIONS

**NAMED INSURED:**
ADRIAN FRIDMAN
3018 RED RUBY CT
ORLANDO FL  32837-5076

**RENEWAL**

POLICY PERIOD FROM:  JAN.  2 2007
              TO:  JULY  2 2007

at 12:01 A.M. standard time at
the address of the insured as
stated herein.

**AGENT:**
INSURANCE NOODLE INC
222 S RIVERSIDE PLZ STE 1700
CHICAGO      IL  60606-6015

**AGENT TELEPHONE:**
1-800-578-6701

| ALL DRIVERS IN HOUSEHOLD | ADRIAN FRIDMAN, NOGA AHARONI | | |
| --- | --- | --- | --- |
| RATED DRIVERS | ADRIAN FRIDMAN, NOGA AHARONI | | |
| 2004 FORD | F150 HERITAGE | 4 DOOR PICK-UP | ID# 2FTRX17204CA41548 |
| 1999 FORD | EXPLORER | 4 DOOR | ID# 1FMZU32X1XUA48869 |

Insurance is afforded only for the coverages for which limits of liability or premium charges are indicated.

| COVERAGES | 2004 FORD LIMITS | PREMIUMS | 1999 FORD LIMITS | PREMIUMS |
| --- | --- | --- | --- | --- |
| **LIABILITY:** | | | | |
| BODILY INJURY | $100,000 Each Person $300,000 Each Occurrence | $ 115.42 | $100,000 Each Person $300,000 Each Occurrence | $ 114.12 |
| PROPERTY DAMAGE | $50,000 Each Occurrence | 83.56 | $50,000 Each Occurrence | 69.16 |
| PIP $250 DEDUCTIBLE APPLIES TO NAMED INSURED & RELATIVES | | 72.91 | | 69.51 |
| **UNINSURED MOTORISTS (NON-STACKED LIMITS):** | | | | |
| BODILY INJURY | $50,000 Each Person $100,000 Each Accident | 53.30 | $50,000 Each Person $100,000 Each Accident | 53.30 |
| **COMPREHENSIVE** | Actual Cash Value Less $250 Deductible | 26.58 | Actual Cash Value Less $250 Deductible | 21.58 |
| **COLLISION** | Actual Cash Value Less $250 Deductible | 120.58 | Actual Cash Value Less $250 Deductible | 83.28 |
| **ADDITIONAL COVERAGES:** | | | | |
| LOSS OF USE | $50 Per Day/$1500 Max | 20.00 | $50 Per Day/$1500 Max | 20.00 |
| EMER. ASSIST PKG | | 5.00 | | 5.00 |
| FHCF ASSESSMENT | | 4.97 | | 4.36 |
| | TOTAL $ | 502.32 | TOTAL $ | 440.31 |

-CONTINUED-
P O BOX 34920, SEATTLE, WA 98124

Exhibit A

SA-1897/EP 9/90                Page 1 of 2                DATE PREPARED: NOV. 20 2006



**POLICY NUMBER: X5140979**

**SAFECO INSURANCE COMPANY OF ILLINOIS**
**AUTOMOBILE POLICY DECLARATIONS**
(CONTINUED)

```
                           TOTAL EACH VEHICLE:    2004 FORD  $    502.32
                                                  1999 FORD       440.31
                                                             -----------
TOTAL PREMIUM FOR ALL VEHICLES .......................................... $    942.63
```

CONGRATULATIONS!  YOU SAVED $146.20.  YOU HAVE QUALIFIED FOR THE FOLLOWING
DISCOUNTS:  Anti-Theft, Multi-Car, Both Side Air Bag, Anti-Lock Brakes

POLICY FORMS APPLICABLE TO THIS POLICY:
SA-1697/EP 9/90, SA-1852/FLEP R2 8/06, SA-1701/EP 9/90, SA-2267/EP 5/06,
SA-1807/FLEP 7/06, SA-1911/FLEP 10/03

Exhibit A

Safeco and the Safeco logo are registered trademarks of Safeco Corporation

## SURCHARGE REFUND

If your premium includes a surcharge imposed because of a motor vehicle accident, you are entitled to a reimbursement of the amount of such surcharge if you demonstrate that the driver involved in the accident was:

1. Lawfully parked; or

2. Reimbursed by, or on behalf of, a person responsible for the accident or has a judgment against such person;

3. Struck in the rear by another vehicle headed in the same direction and was not convicted of a moving traffic violation in connection with the accident;

4. Hit by a hit-and-run driver, if the accident was reported to the proper authorities within 24 hours after discovering the accident;

5. Not convicted of a moving traffic violation in connection with the accident, but the operator of the other automobile involved in such accident was convicted of a moving traffic violation;

6. Finally adjudicated not to be liable by a court of competent jurisdiction;

7. In receipt of a traffic citation which was dismissed or nolle prossed;

8. Not at fault, as evidenced by a written statement from the insured establishing facts demonstrating lack of fault, which are not rebutted by information in the insurer's file from which the insurer in good faith determines that the insured was substantially at fault.

SA-1600/FLEP 12/08
G2

## FLORIDA REPORTING REQUIREMENT

First, your agent and we appreciate having you as a customer, and we promise to do all possible to cause you to want to continue your insurance with us.

If you ever have questions about any insurance matter, please talk with your agent who will be happy to help you.

Second, we want you to know that, with respect to Personal Injury Protection, Florida law requires us to report any cancellation or nonrenewal of a policy to the Department of Highway Safety and Motor Vehicles.

You should know, too, that failure to maintain Personal Injury Protection and Property Damage Liability insurance on a motor vehicle, when required by law, may result in the loss of registration and driving privileges in Florida.

SA-1611/FLEP 2/09
G3

Exhibit A

Safeco Insurance Company of Illinois
Safeco Insurance Company
P.O. Box 461
St. Louis, MO 63166-0461

Mailing Address:
P.O. Box 461
St. Louis, MO 63166-0461

Phone:  (800) 332-3226
Fax:     (888) 268-8840

 Insurance

January 22, 2007

The Law Offices of Mark A. Risi
2699 Lee Road
Ste 101
Winter Park, FL  32789

Insured Name:  Adrian Fridman
Policy Number: X5140979
Loss Date:      January 8, 2007
Claim Number: 105339423020
Your Client:    Adrian Fridman

Dear Mr. Risi:

In response to your request for information, please be advised the following regarding the above policy X5140979.

   1.  The name of the insurer:        Safeco Insurance Company of Illinois

   2.  The name of each insured:       Adrian Fridman

   3.  Available coverage is as follows:

        Personal Injury Protection: $10,000 - $250 Deductible; No Med Pay;
        Uninsured/Underinsured Motorist BI: (Non Stacked) $50,000 each person
        $100,000 each accident;

   4.  Policy or Coverage defenses known to the Company at this time: None

   5.  Umbrella or excess insurance known to the Company at this time: None

We will provide an amendment to this statement should facts become known which would alter this information.  A copy of our declarations page is enclosed.  Should you find this disclosure format unacceptable, please contact us immediately.

Safeco® and the Safeco logo are Trademarks of Safeco Corporation

Exhibit B 

Page 2
Adrian Fridman
January 22, 2007

Dated this _16_ day of _January_, 2007.

By: _____     Title: Unit Manager
     Tom Campbell  _Unit Manager_

Sworn to before me this _25_ day of _Jan_ 2007.

_Carol Anne Mitchell_ , Notary Public

My commission expires: _____

Sincerely,



CAROL ANNE MITCHELL
Notary Public - State of Florida
My Commission Expires Aug 23, 2009
Commission # DD464828
Bonded By National Notary Assn.

Mimi Zelaya
Safeco Insurance Company of Illinois
(800) 332-3226 Fax: (888) 268-8840

Enclosures
MZ/cm

CV1761 04/06

 **FLORIDA**
DEPARTMENT OF
**FINANCIAL SERVICES**


Alex Sink
Chief Financial Officer of Florida

## Civil Remedy Notice of Insurer Violations

| | | | |
|---|---|---|---|
| Filing Number: | **122109** | Outcome of Notice: | |
| Filing Accepted: | **10/13/2008** | Date Outcome Entered: | |

Warning! Information submitted as part of this civil remedy notice is a public record. Data entered into this form will be displayed on the DFS website for public review. Please DO NOT enter Social Security Numbers, personal medical information, personal financial information or any other information you do not want available for public review.

☑ The submitter hereby states that this notice is given in order to perfect the rights of the person(s) damaged to pursue civil remedies authorized by Section 624.155, Florida Statutes.

### Complainant

| | |
|---|---|
| Name: | **ADRIA FRIDMAN** |
| Street Address: | **7801 GLEN CREST WAY** |
| City, State Zip: | **ORLANDO, FL 32836** |
| Email Address: | |
| Complainant Type: | **Insured** |

### Insured

| | |
|---|---|
| Name: | **ADRIAN FRIDMAN** |
| Policy #: | **X5140979-01950** |
| Claim #: | **105339423020** |

### Attorney

| | |
|---|---|
| Name: | **MARK A RISI** |
| Street Address: | **2699 LEE ROAD, STE 101** |
| City, State Zip: | **WINTER PARK, FL 32789** |
| Email Address: | **MRISI@RISILAW.COM** |

### Notice Against

| | |
|---|---|
| Insurer Type: | **Authorized Insurer** |
| Name: | **SAFECO INSURANCE COMPANY OF ILLINOIS** |
| Street Address: | |
| City, State Zip: | **,** |

Please identify the person or persons representing the insurer who are most responsible for/knowledgeable of the facts giving rise to the allegations in this notice.
**ALICIA LANOUE**

| | |
|---|---|
| Type of Insurance: | **Auto** |

DFS–10–363
Rev. 11/2007

Exhibit C

 **FLORIDA** DEPARTMENT OF **FINANCIAL SERVICES**

 Alex Sink
Chief Financial Officer of Florida

## Civil Remedy Notice of Insurer Violations

Filing Number:    **122109**

### Reason for Notice

Reasons for Notice:

    **Claim Denial**

    **Claim Delay**

    **Unsatisfactory Settlement Offer**

    **Unfair Trade Practice**

**PURSUANT TO SECTION 624.155, F.S.** please indicate all statutory provisions alleged to have been violated.

| | |
|---|---|
| 624.155(1)(b)(1) | Not attempting in good faith to settle claims when, under all the circumstances, it could and should have done so, had it acted fairly and honestly toward its insured and with due regard for her or his interests. |
| 626.9541(1)(i)(3)(f) | Failing to promptly provide a reasonable explanation in writing to the insured of the basis in the insurance policy, in relation to the facts or applicable law, for denial of a claim or for the offer of a compromise settlement. |
| 626.9541(1)(i)(3)(g) | Failing to promptly notify the insured of any additional information necessary for the processing of a claim. |
| 626.9541(1)(i)(3)(h) | Failing to clearly explain the nature of the requested information and the reasons why such information is necessary. |

Reference to specific policy language that is relevant to the violation, if any. If the person bringing the civil action is a third party claimant, she or he shall not be required to reference the specific policy language if the authorized insurer has not provided a copy of the policy to the third party claimant pursuant to written request.

**"WE WILL PAY ALL SUMS THE INSURED IS LEGALLY ENTITLED TO RECOVER AS COMPENSATORY DAMAGES FROM THE OWNER OR DRIVER OF AN "UNINSURED MOTOR VEHICLE"**

To enable the insurer to investigate and resolve your claim, describe the facts and circumstances giving rise to the insurer's violation as you understand them at this time.

**FAILURE TO PAY UM POLICY LIMITS OF $50,000 IN A CLEAR LIABILITY CRASH WITH OVER $12,000.00 OF PROPERTY DAMAGE TO INSURED'S VEHICLE. INSURED HAS SUSTAINED MEDICAL BILLS IN EXCESS OF $16,800.00, OUT OF POCKET MEDICAL EXPENSES IN EXCESS OF $8,000.00. INSURED HAS SUSTAINED C3/4 AND C5/6 DISC HERNIATIONS, AS WELL AS L5/S1 DISC HERNIATION WHICH DISPLACES THE S1 NERVE ROOT. NCV/EMG TESTING REVEALED C6/7 RADICULOPATHY AND RIGHT CARPAL TUNNEL SYNDROME. INSURED IS WITHOUT ANY HEALTH INSURANCE TO COVER FUTURE MEDICAL TREATMENT WHICH INSURED WILL REQUIRE. INSURER HAS FAILED TO OFFER THE $50,000.00 UNINSURED MOTORIST COVERAGE POLICY LIMITS IN SPITE OF THE DEMAND TO DO SO, AND HAS INSTEAD MADE A WHOLLY INADEQUATE OFFER OF $5,000.00.**

Civil Remedy Filing                                    https://apps.fldfs.com/CivilRemedy/ConfirmFiling.aspx?fid=122109&...

 **FLORIDA**
DEPARTMENT OF
**FINANCIAL SERVICES**


Alex Sink
Chief Financial Officer of Florida

---

**Civil Remedy Notice of Insurer Violations**                                    mrisi@risilaw.com

Create Filing    Search Filings    Subscription    Change Password                                    Logout

---

Filing number 122109 is accepted.

Filing Accepted 10/13/2008

Notice of Acceptance of this "Civil Remedy Notice of Insurer Violation" confirms the submission has met the specificity standards for acceptance by the automated system. The system specificity standards validate only that the required fields on the form contain data. The standards do not evaluate the quality or detail of the data. Acceptance of this on-line form by the system confirms the Department's receipt of the notice form. Acceptance by the system does not, however, fulfill the requirement that the authorized insurer be given 60 days' written notice of the violation". The "Print Filing" option below will provide you with a hard copy of the accepted "Civil Remedy Notice of Insurer Violation" form which can be sent to the insurer to comply with this portion of the law.

Print Filing

---

1 of 1                                    10/13/2008 4:34 PM

Filing # 47973094 E-Filed 10/24/2016 09:46:12 AM

IN THE CIRCUIT COURT OF THE NINTH
JUDICIAL CIRCUIT, IN AND FOR
ORANGE COUNTY, FLORIDA

CASE NO. 2009-CA-013426-O

ADRIAN FRIDMAN,

                Plaintiff,

vs.

SAFECO INSURANCE COMPANY OF ILLINOIS,

                Defendant.

_____/

## SECOND AMENDED FINAL JUDGMENT
## IN ACCORDANCE WITH THE VERDICT , STIPULATIONS AND SET OFFS– NUNC
## PRO TUNC

      Pursuant to the Verdict rendered in this action on December 15, 2011, the Court's Order on

Remittitur and Set Offs, and Plaintiff's Motion for Entry of Final Judgment, the Court finds as

follows:

      a.      This case arises out of an action for damages sustained by the Plaintiff, ADRIAN

FRIDMAN, as a result of an automobile collision. The Plaintiff resolved his claim against the at

fault driver and brought this claim to recover uninsured/underinsured motorist insurance benefits.

      b.      At all relevant times, the Defendant, SAFECO INSURANCE COMPANY OF

ILLINOIS, maintained a policy of insurance providing uninsured motorist benefits to Plaintiff,

ADRIAN FRIDMAN, with policy limits of Fifty Thousand Dollars ($50,000.00) per person.

      c.      In or about July 2011, prior to trial in this case, the Defendant, SAFECO

INSURANCE COMPANY OF ILLINOIS, tendered its policy limits of $50,000.00 to ADRIAN

FRIDMAN and his counsel, thereby confessing judgment in this amount, subject to a trial to

Exhibit D

determine the full amount of past and future damages suffered by ADRIAN FRIDMAN as a result of the automobile collision.

      d.          The case was tried to a jury in December 2011. The jury rendered its verdict on December 15, 2011, finding the other driver 100% at fault and awarding past and future damages against Defendant in the total amount of $1,000,000.00.

      e.          Appeals ensued that have now been resolved. See, *Safeco Ins. Co. of Illinois v. Fridman*, 117 So.3d 16 (Fla. 5th DCA 2013), *quashed and remanded* by *Fridman v. Safeco Ins. Co. of Illinois*, 185 So.3d 1214 (Fla. 2016), and *Safeco Ins. Co. of Illinois v. Fridman*, 196 So.3d 1284 (Fla. 5th DCA 2016) *affirmed in part, reversed in part, and remanded.*

      f.          As a result of the outcome of the appeals, the parties stipulated to certain remittiturs and set offs. See, this Court's Order on Remittitur and Set Offs. As a result, the net verdict after remittitur and set off is $732,632.91.

      g.          For purposes of entering judgment, the agreed upon net verdict amount must be further reduced by the $50,000 tender of policy limits, confession of judgment amount referenced in paragraph c above.

      IT IS, THEREFORE, ORDERED AND ADJUDGED AS FOLLOWS:

      1.          Notwithstanding the full measure of Plaintiff's damages as determined by the jury verdict and as reduced in the Court's Order on Remittitur and Set Offs, Plaintiff is entitled to recover only the SAFECO INSURANCE COMPANY OF ILLINOIS policy limits of $50,000.00 at this time. Judgment in the amount of $50,000.00 was confessed by SAFECO INSURANCE COMPANY OF ILLINOIS and such amount has been tendered and accepted by Plaintiff, ADRIAN FRIDMAN.

2.      The Court reserves jurisdiction to determine the Plaintiff's right to amend his Complaint to seek and litigate bad faith damages from the Defendant as a result of such jury verdict in excess of policy limits.  If the Plaintiff should ultimately prevail in his action for bad faith damages against Defendant, then the Plaintiff will be entitled to a judgment, in accordance with the jury's verdict, for his damages in the amount of $682,632.91, plus any other damages allowed by law.

3.      The Court also reserves jurisdiction to consider entitlement and the amount of any applicable attorney's fees and costs incurred in the Plaintiff's prosecution of this action for the purpose of entering a supplemental judgment in favor of the Plaintiff upon proper motion.

4.      This Judgment is entered *nunc pro tunc* to the date of the original Judgment of December 29, 2011.

DONE AND ORDERED in Chambers at Orange County, Florida, this __2-1__ day of October, 2016.

_____
DONALD A. MYERS, JR.
CIRCUIT JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by filing through the e-portal to all counsel of record this __24__ day of October, 2016.

_____
JUDICIAL ASSISTANT